**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2163**

In re:  FELIX A. OKAFOR,

        Petitioner.

On Petition for Writ of Mandamus
(5:12-cr-00059-H-1; 5:16-cv-00425-H)

Submitted:  January 31, 2018             Decided:  February 13, 2018

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Felix A. Okafor, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felix A. Okafor petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Okafor's motion on December 18, 2017. Accordingly, because the district court has recently decided Okafor's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*